# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

MEYER ALUMINIUM BLANKS, LLC.,
          Plaintiff,

v.                                         Case No. 07-CV-448

MSGi,
          Defendant.

## ORDER RETURNING CASE

      On August 20, 2007, a mediation/settlement conference was conducted in this action. The mediation/settlement conference resulted in resolution of plaintiff's claims.

      Accordingly, this action is referred back to the Honorable J.P. Stadtmueller for entry of an appropriate order of dismissal after the parties finalize settlement documents.

      SO ORDERED.

      Dated at Milwaukee, Wisconsin, this 20th day of August, 2007.

                                      BY THE COURT:

                                      s/AARON E. GOODSTEIN
                                      United States Magistrate Judge